**DISMISS; and Opinion Filed June 28, 2016.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-16-00717-CR
No. 05-16-00718-CR

## EX PARTE SENRICK WILKERSON

**Original Proceedings Appeal from the Criminal District Court No. 3
Dallas County, Texas
Trial Court Cause Nos. F10-01183 & F10-1184**

## MEMORANDUM OPINION

Before Justices Lang-Miers, Evans, and Brown
Opinion by Justice Brown

The Court has before it Senrick Wilkerson's June 20, 2016 petition for out of time appeals. The appropriate vehicle for seeking an out-of-time appeal is by writ of habeas corpus from the Texas Court of Criminal Appeals filed under article 11.07 of the code of criminal procedure. See TEX. CODE CRIM. PROC. ANN. art. 11.07 (West 2015); *see also Portley v. State*, 89 S.W.3d 188, 189 (Tex. App.—Texarkana 2002, no pet); *Ashorn v. State*, 77 S.W.3d 405, 409 (Tex. App.—Houston [1st Dist.] 2002, pet. ref'd). This Court has no jurisdiction to grant out-of-time appeals.

Because we lack jurisdiction, we dismiss these appeals.

Do Not Publish
TEX. R. APP. P. 47

160717F.U05

/Ada Brown/
ADA BROWN
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

EX PARTE SENRICK WILKERSON

No. 05-16-00717-CR

On Appeal from the Criminal District Court
No. 3, Dallas County, Texas
Trial Court Cause No. F10-01183.
Opinion delivered by Justice Brown, Justices
Lang-Miers and Evans participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal for want of jurisdiction.

Judgment entered this 28th day of June, 2016.



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

EX PARTE SENRICK WILKERSON

No. 05-16-00718-CR

On Appeal from the Criminal District Court
No. 3, Dallas County, Texas
Trial Court Cause No. F10-01184.
Opinion delivered by Justice Brown, Justices
Lang-Miers and Evans participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal for want of jurisdiction.

Judgment entered this 28th day of June, 2016.